UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN JOE BRUNSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>R. RANDOLPH,<br><br>                    Defendant. | NO:  4:16-CV-5100-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT<br><br>**1915(g)** |

BEFORE THE COURT is Magistrate Judge Rodgers' Report and Recommendation, ECF No. 12, to dismiss Plaintiff's Complaint for monetary damages, ECF No. 9.  Plaintiff initiated his *pro se* civil rights action while a prisoner at the Washington State Penitentiary, and was granted leave to proceed *in forma pauperis;* Defendant was not served.

On December 23, 2016, the Court was notified that Mr. Brunson had been released from custody on November 7, 2016, and was provided a mailing address

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT -- 1

1  in Tacoma, Washington.  A copy of the Report and Recommendation was sent to

2  that address and has not been returned.  Plaintiff has filed nothing further in this

3  action.

4       There being no objections and for the reasons set forth by Magistrate Judge

5  Rodgers, **IT IS ORDERED** the Report and Recommendation, ECF No. 12, is

6  **ADOPTED in its entirety.**  This action seeking monetary damages based on the

7  extension of an early release date is dismissed as precluded by *Heck v. Humphrey*,

8  512 U.S. 477, 481 (1994), and *Edwards v. Balisok*, 520 U.S. 641 (1997).

9       Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who

10  brings three or more civil actions or appeals which are dismissed as frivolous or for

11  failure to state a claim will be precluded from bringing any other civil action or

12  appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious

13  physical injury." 28 U.S.C. § 1915(g).  **<u>Plaintiff is advised to read the new</u>**

14  **<u>statutory provisions under 28 U.S.C. § 1915.  This dismissal of Plaintiff's</u>**

15  **<u>complaint may count as one of the three dismissals allowed by 28 U.S.C. §</u>**

16  **<u>1915(g) and may adversely affect his ability to file future claims</u>**.

17       **IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order,

18  enter Judgment, forward copies to Plaintiff at his last known address, and **CLOSE**

19  the file.  The Clerk of Court is further directed to forward a copy of this Order to

20  the Office of the Attorney General of Washington, Corrections Division. The Court

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT -- 2

1 | certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not
2 | be taken in good faith and would lack any arguable basis in law or fact.
3 |     **DATED** January 27, 2017.

    *s/ Rosanna Malouf Peterson*
    ROSANNA MALOUF PETERSON
    United States District Judge