# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KEVIN JOE BRUNSON<br>*Plaintiff*<br>v.<br>R RANDOLPH, Records Manager, State Penitentiary<br>*Defendant* | ) ) ) ) ) ) Civil Action No. 4:16-cv-05100-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Report and Recommendation, ECF No. 12, is ADOPTED in its entirety.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a Report and Recommendation to Dismiss Complaint, ECF 10.

Date: _____

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates